**SO ORDERED.**

**SIGNED this 21 day of December, 2009.**

J. Rich Leonard
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
Leroy Hamlin and Sheilia Hamlin

Soc.Sec.No.: xxx-xx-1678 and xxx-xx-2887
Mailing Address: 1606 Cranston Road, Garner, NC 27529-

Case No. 09-05272-8-JRL
Chapter 13

Debtors

### CONSENT ORDER

**UPON THE TRUSTEE'S MOTION TO DISMISS** dated 11/6/09, and with the consent of the Trustee and the Debtors, upon due consideration of the Court,

**IT IS ORDERED** that said motion be denied.

**HOWEVER, IT IS ALSO ORDERED** that the following conditions shall apply:

The Debtors shall resume making their **"regular"** monthly Chapter 13 plan payments, starting with the payment due on 12/1/09. In the event that the Debtors fail to make any regular payment within 30 days after the date that it is due, this case shall be deemed immediately dismissed, upon notification by the Trustee to the Court, without the need for the Trustee to reapply to the Court. This "drop dead" provision shall terminate 6 months after the date of the entry of this order.

In addition to resuming regular monthly plan payments, the Debtors shall make the following **specific** payments to the Chapter 13 Trustee to bring their plan current:

| Date "Specific" Payment(s)To Be Made | Amount of Payment |
|---|---|
| 11/30/09 | $ 1,529.00 |

In the event that the Debtors fail to make any such specific payment within 5 days after the date that it is due, this case shall be deemed immediately dismissed, without further hearing or order, upon notification by the Trustee to the Court.

In addition to resuming regular plan payments, the Debtors shall make an **extra** payment to the Chapter 13 Trustee in the amount of $ 255.00 per month starting with the 12/1/09 payment, and continuing until their plan is brought current. In the event that the Debtors fail to make any such payment within 30 days after the date that it is due, this case shall be deemed immediately dismissed, without further hearing or order, upon notification by the Trustee to the Court.

We consent to the entry of this order.

/s John T. Orcutt
---
John T. Orcutt
Attorney for Debtors

---
John F. Logan Chapter 13 Trustee

End of Document