**VAN–075** Deficiency Notice – Rev. 12/01/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Leroy Hamlin
1606 Cranston Road
Garner, NC 27529

CASE NO.: 09–05272–8–SWH

DATE FILED: June 25, 2009

CHAPTER: 13

Sheilia Hamlin
1606 Cranston Road
Garner, NC 27529

DEFICIENCY NOTICE

To: Kimberly Sheek

Re: 35 – Motion For Relief From Stay (Fee Paid), Motion For Adequate Protection filed by Kimberly A. Sheek on behalf of Ocwen Loan Servicing, LLC Responses due by 03/12/2010.

Either a proposed order was not submitted, or the order submitted has been rejected. An order should be submitted or resubmitted no later than **March 12, 2010** . Failure to do so may result in the court assuming you no longer desire the relief requested.

- ☐ An order granting the relief requested was not submitted as required by Local Rule 5005–4(4).
- ☐ The order submitted is not legible.
- ☐ The order was submitted as an attachment to the motion or as a part of the motion. The order should be submitted separately through Order Upload.
- ☐ The order does not have a 3" top margin.
- ☐ The order includes a date and/or signature line for the judge's signature.
- ☐ The order was uploaded into an incorrect case.
- ☐ The exhibit referenced in the order is not attached.
- ☑ "End of Document" was not included on the last line of the order.
- ☑ The order uploaded into CM/ECF in connection with the referenced matter is incorrect. The correct order should be uploaded as a replacement of the order previously submitted.
- ☐ "End of Document" is on a separate page. It must be on the same page as the last line of the order.
- ☐ The consent order does not indicate that signatures of all parties have been obtained.
- ☐ The consent order has not been noticed as required by Rule 4001(d) of the Federal Rules of Bankruptcy Procedure.
- ☐ Signatures on the scanned copy of the consent order are not legible.
- ☐ The order contains a blank(s) for insertion of text.

DATED: February 24, 2010

Aileen Gibson
Deputy Clerk